IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS BYTHER, by and through his guardian ad litem, IRENE BYTHER, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  CIVIL ACTION NO. 04-0404-CG-B ) |
| CITY OF MOBILE, OFFICER SCOTT CONGLETON, OFFICER JOSEPH GOFF, OFFICER D. BROOKS, OFFICER NELSON BROWN, OFFICER B. HINES, and OFFICER ROBERT AMMAC | ) ) ) ) ) ) |
| Defendants. | |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the defendants, it is **ORDERED, ADJUDGED, and DECREED** that judgment is granted in favor of all defendants on all claims and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 9th day of November, 2005.

  /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE